1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11  HABIBULLAH MIRZAIE,                    Case No.:  25-cv-02568-JO-KSC
12                          Petitioner,
13                                         **ORDER GRANTING IN PART THE**
                                           **PETITION FOR WRIT OF HABEAS**
14  v.                                     **CORPUS**
15  CHRISTOPHER J. LAROSE, et al.,
16                          Respondents.
17
18
19
20        For the reasons stated on the record, the Court GRANTS in part the petition for writ
21  of habeas corpus.  The Court ORDERS Respondents to release Petitioner from custody by
22  October 11, 2025 at 12:00 p.m.  Further, the Court ORDERS that Respondents shall not
23  re-detain Petitioner during the pendency of this habeas petition without prior leave of this
24  Court, in aid of this Court's continuing jurisdiction.  All Writs Act, 28 U.S.C. § 1651.
25
26
27
28

1

1    **IT IS SO ORDERED**.

2

3    Dated:  October 10, 2025

4                                                    _____

5                                                    Honorable Jinsook Ohta
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28